**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor V. JAMES, a/k/a Vic,**
**Defendant–Appellant.**

**No. 12–7896.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 26, 2013.

Victor V. James, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Victor V. James appeals the district court's order granting the Government's Fed.R.Crim.P. 35(b) motion to reduce his sentence.* On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because James raises no issue pertaining to the

---

* Although the district court granted the Rule 35(b) motion, James presumably seeks to ap-

peal the extent of the sentence reduction.

district court's disposition in his informal brief, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*